IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GURAL FOSTER                                                            PLAINTIFF

V.                                      4:04CV00946

HIRE QUEST, LLC d/b/a
TROJN LABOR                                                             DEFENDANT

## ORDER

Pending is Plaintiff's motion to dismiss with prejudice. (Docket # 18). For good cause shown, Plaintiff's motion is granted. Plaintiff's complaint is hereby dismissed with prejudice. The clerk is directed to close the case.

IT IS SO ORDERED this 15th day of August, 2005.

                                                    _____
                                                    James M. Moody
                                                    United States District Judge